DEFENDANT:       DANIEL LARSON

AGE/YOB:       26/1998

COMPLAINT       _____ Yes  __X__ No
FILED?

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____ Yes  __X__ No


OFFENSE(S):
           Count 1: 18 U.S.C. §844(e) – Use or Threatened Use of Explosive Material
           Count 2: 18 U.S.C. §844(e) – Use or Threatened Use of Explosive Material
           Count 3: 18 U.S.C. §844(e) – Use or Threatened Use of Explosive Material
           Count 4: 18 U.S.C. §844(e) – Use or Threatened Use of Explosive Material
           Count 5: 18 U.S.C. §844(e) – Use or Threatened Use of Explosive Material
           Count 6: 18 U.S.C. §875(c) – Interstate Communication of Threats
           Count 7: 18 U.S.C. §844(e) – Use or Threatened Use of Explosive Material

LOCATION OF    Denver, Boulder, and Jefferson Counties, Colorado
OFFENSE:

PENALTY:       Count 1: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.
           Count 2: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.
           Count 3: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.
           Count 4: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.
           Count 5: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.
           Count 6: NMT  5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.
           Count 7: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.

AGENT:        Daniel MacDougall, TFO, FBI

<u>AUTHORIZED<br>BY:</u>    Alison Connaughty<br>        AUSA

<u>ESTIMATED TIME OF TRIAL</u>:

__X__ five days or less; ___ over five days

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is **not** applicable to this defendant.