Case No. 1:24-cr-00130-RMR *SEALED*   Document 2   filed 04/25/24   USDC Colorado   pg 1 of 2

AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT

2024 MAY -2  AM 10: 51

for the

District of Colorado

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| 1.  DANIEL LARSON, | ) Case No. **24-cr-130-RMR** |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     DANIEL LARSON                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Use or Threatened Use of Explosive Material, in violation of 18 U.S.C. §844(e), and
Interstate Communication of Threats, in violation of 18 U.S.C. §875(c)

Date: **4/25/2024**

**s/ A. Garcia Garcia - Deputy Clerk**
*Issuing officer's signature*

City and state:  **Denver, Colorado**

**Jeffrey P. Colwell - Clerk of Court**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/27/24 , and the person was arrested on *(date)* 4/30/24 at *(city and state)* Boulder, CO . |
| Date: 043024                     Arresting officer's signature |
|                     HEATHER FOSTER FBI ICSO TFO                   Printed name and title |