IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIEL LARSON,

    Defendant.

---

**JOINT NOTICE OF THE PARTIES ON THE DEFENDANT'S MOTION FOR IMMEDIATE RELEASE [ECF #11]**

---

    The United States of America, by and through undersigned counsel, and counsel for the defendant, hereby files this joint Notice pursuant to the Court's Order [ECF #19] requesting the position of the parties on the defendant's Motion for Immediate Release [ECF #11], and states as follows:

    1.    On May 9, 2024, the defendant filed a Motion for Immediate Release regarding argument to be made regarding detention at the May 10, 2024, detention hearing in this case. The defendant cited the Penalty Sheet filed by the Government [ECF #1-1] in which the Government represented it was seeking detention pursuant to 18 U.S.C. § 3142(f)(1), and correctly pointed out that the charges in the present case do not qualify for detention under 18 U.S.C. § 3142(f)(1).

    2.    At the May 1, 2024, initial appearance, the Government orally amended the basis for seeking detention to the grounds set forth in 18 U.S.C. 3142(f)(2).

Undersigned counsel for the defendant was not present at the initial appearance and counsel filed the Motion for Immediate Release before the undersigned attorneys discussed the Government basis for seeking detention under 18 U.S.C. § 3142(f)(2) (specifically, risk of flight, obstruction of justice, and attempts to intimidate witnesses).

3. The Government sought detention pursuant to 18 U.S.C. § 3142(f)(2) at the detention hearing. The parties discussed the Motion for Immediate Release at the detention hearing with the Honorable Judge N. Reid Neureiter, and agreed it was moot given the Government's argument under 18 U.S.C. § 3142(f)(2). The parties then proceeded to the detention hearing and Judge Neureiter issued his Order of Detention [ECF #15].

4. The parties respectfully ask this Court to deem the Motion for Immediate Release as moot since it was addressed and deemed moot by the parties on May 10, 2024.

Dated this 3rd day of June, 2024.

                                                             Respectfully submitted,

| | |
|---|---|
| VIRGINIA GRADY | MATTHEW T. KIRSCH |
| Federal Public Defender | Acting United States Attorney |
| | |
| By: *s/Jared Scott Westbroek* | By: *s/Alison Connaughty* |
| Jared Scott Westbroek | Alison Connaughty |
| Assistant Federal Public Defender | Assistant United States Attorney |
| Office of the Federal Public Defender | U.S. Attorney's Office |
| 633 17th Street, Suite 1000 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| Telephone: (303) 294-7002 | (303) 454-0100 |
| jared_westbroek@fd.org | alison.connaughty@usdoj.gov |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2024, I electronically filed the foregoing **JOINT NOTICE OF THE PARTIES ON THE DEFENDANT'S MOTION FOR IMMEDIATE RELEASE [ECF #11]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                    *s/Maggie Grenvik*
                                    Maggie Grenvik
                                    Legal Assistant