IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIEL LARSON,

    Defendant.

---

### JOINT MOTION REQUESTING COURT FINDING ON COMPETENCY

---

The United States of America, by and through Matt Kirsch, Acting United States Attorney for the District of Colorado, and Alison Connaughty, Assistant United States Attorney, and counsel for Mr. Larson, respectfully files this Joint Motion For a Court Finding on Competency.

On May 23, 2024, the parties filed a joint motion requesting a competency evaluation for Mr. Larson [ECF #17]. The Court granted the request the same day [ECF #18]. The parties received the evaluation from the Court on July 11, 2024, at ECF #22, and the parties are in receipt of the Court's Order setting a competency hearing for September 23, 2024, at ECF #23.

**1. Mr. Larson waives his right to a hearing and the parties jointly request a Court finding that Mr. Larson is incompetent to proceed.**

The parties are not contesting the results of the evaluation. Mr. Larson waives the hearing that he is entitled to under 18 U.S.C. § 4241(c), and Mr. Larson waives the rights that he is entitled to at that hearing as set out in 18 U.S.C. § 4247(d). The parties

jointly ask this Court to find that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, pursuant to 18 U.S.C. § 4241(d). The parties ask this Court to vacate the hearing set on September 23, 2024. The parties further ask this Court to order Mr. Larson committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility, pursuant to the guidelines set forth in 18 U.S.C. § 4241(d)(1)-(2).

   **2. The period of delay resulting from these ongoing competency proceedings should be excluded in computing the time within which the trial must commence under 18 U.S.C. § 3161(c).**

18 U.S.C. § § 3161(h)(4) addresses the impact a defendant's mental incompetence has on speedy trial. With the Court's finding of incompetency, any period of delay that occurs while the defendant is being treated pursuant to 18 U.S.C. § 4241(d) will be excluded.

In conclusion, the parties jointly request this Court vacate the September 23, 2024 competency hearing, and enter an order finding Mr. Larson incompetent and committed to the custody of the Attorney General.

Respectfully submitted,

MATT KIRSCH
Acting United States Attorney

By  *s/ Alison Connaughty*
ALISON CONNAUGHTY
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0108
Fax:  303-454-0406
E-mail:  Alison.Connaughty@usdoj.gov
Attorney for the Government

VIRGINIA GRADY
Federal Public Defender

*s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: jared.westbroek@fd.org
Attorney for Mr. Larson

## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

Attorneys for Daniel Larson:

Jared Westbroek
Jared.westbroek@fd.org

                                            By: <u>*Alison Connaughty*</u>
                                                          Alison Connaughty
                                                          Legal Assistant
                                                          U.S. Attorney's Office