IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Criminal Case No. 1:24-cr-130-RMR

UNITED STATES OF AMERICA

   Plaintiff,

v.

DANIEL LARSON,

   Defendant.

---

**ORDER OF COMMITMENT PURSUANT TO 18 U.S.C. § 4241(d)**

---

   This matter is before the Court on the issue of Defendant's competency. On May 23, 2024, counsel for the parties filed a Joint Motion for a Psychological/Psychiatric Evaluation (ECF No. 17) to determine whether Defendant was both competent at the time of the alleged offenses in the indictment and whether he is currently competent to aid counsel in his defense of this case. Thereafter, Defendant was the subject of a forensic evaluation conducted by Dr. Jessica Micono. This evaluation concluded that Defendant is not currently competent to proceed with his case, and that he is not currently competent to waive his right to trial in a knowing, voluntary, and intelligent manner. Following receipt of the report of evaluation on July 11, 2024 (ECF No. 22), the parties jointly filed a Motion Requesting Court Finding on Competency. ECF No. 24. In that Motion, they noted they are not contesting the results of the evaluation and further that Defendant waived the hearing that he is entitled to under 18 U.S.C.

§ 4241(c) and waived the rights that he is entitled to at that hearing as set out in 18 U.S.C. § 4247(d). The parties further requested that the Court vacate the September 23, 2024, competency hearing, and enter an order finding Defendant incompetent and committed to the custody of the Attorney General.

**ACCORDINGLY:**

1. The Court finds by a preponderance of the evidence that the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

2. Pursuant to 18 U.S.C. § 4241(d), the Defendant is **ORDERED** to be **COMMITTED** to the custody of the Attorney General;

3. It is further **ORDERED** that the Attorney General shall hospitalize Defendant for treatment in a suitable facility:

    a. for such a reasonable period of time, not to exceed four months, as necessary to determine whether there is a substantial probability that in the foreseeable future, he will attain the capacity to permit the proceedings to go forward;

    b. for an additional reasonable period of time until –

        i. his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time, he will attain the capacity to permit the proceedings to go forward; or

      ii. the pending charges against him are disposed of according to law;

      whichever is earlier.

4. If, at the end of said period, Defendant's mental condition has not sufficiently improved as to permit the proceedings in this matter to go forward, Defendant is subject to the provisions of 18 U.S.C. §§ 4246 and 4248;[1]

5. It is further **ORDERED** that a written report as to the matters set forth in paragraph 3, above, shall be filed with the Court no later than 120 days after Defendant's arrival at the facility in which he shall be hospitalized; and

6. It is finally **ORDERED** that the Competency Hearing set for September 23, 2024, is **VACATED**.

Dated: July 26, 2024.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge

---

[1] There are currently no facts known to the Court which would support a §4248 commitment.