IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-CR-130 (RMR)

UNITED STATES OF AMERICA

v.

DANIEL LARSON,

      Defendant.

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Mr. Larson, through undersigned counsel, moves this Court to allow him to exceed the fifteen-page limit for his "Status Report and Request for Immediate Transport to a 'Suitable Facility,'" ("Motion") by an additional four pages, for a total of nineteen pages (excluding the certificate of service). In support of this request, counsel states:

(1) This Court's practice standards call for motions not to exceed fifteen pages, excluding counsel's signature block and the certificate of service. Crim. Practice Standard, III.C.1. The Court will entertain a motion to exceed the page limitation "upon a showing of good cause." Crim. Practice Standard, III.C.2.

(2) The Court found Mr. Larson incompetent, Docket Entry Number ("DE") 22, and committed him to the custody of the Attorney General for a restoration examination and treatment on July 26, 2024. DE 26:2. As of the date of this filing, Mr. Larson has yet to be transferred to the appropriate facility for the restoration evaluation/treatment ordered by the Court.

(3) In his Motion, Mr. Larson contends the government's failure to immediately transport him to a BOP facility – and his continued prehospitalization detention waiting for that facility –

violates his rights under both the Insanity Defense Reform Act ("IDRA"), 18 U.S.C. § 4241 *et. sec.*, and his right to a Speedy Trial under 18 U.S.C. § 3161.

(4) To avoid both issues, Mr. Larson is requesting the Court order the BOP to make a facility available within 7 days, transport Mr. Larson to that facility, and require the BOP provide the Court with a restoration evaluation by November 25, 2024. And if the BOP fails to do either, the Court should dismiss this case.

(5) Allowing an extra four pages for Mr. Larson's Motion is supported by good cause. The Motion examines the interplay between the IDRA and STA and provides a review of the statutory scheme and precedent limiting Mr. Larson's prehospitalization detention. That review is critical for the Court to understand and evaluate Mr. Larson's request for relief. It is also critical to the effective representation of Mr. Larson.

(6) Further, allowing an extra four pages obviates the need to file two separate motions – one regarding the IDRA and the other the STA – to obtain the same relief requested in the Motion.

Wherefore, counsel for Mr. Larson respectfully requests permission to exceed the Court's fifteen-page limit by four pages – for a total of nineteen pages (excluding the certificate of service) – for the Motion.

Respectfully submitted, this 24th day of September, 2024.

> VIRGINIA L. GRADY
> Federal Public Defender
>
> *s/ Jared Scott Westbroek*
> JARED SCOTT WESTBROEK
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO 80202
> Telephone: (303) 294-7002
> Email: jared_westbroek@fd.org
> Attorney for Mr. Larson

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alison M. Connaughty, AUSA
Email: alison.connaughty@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Daniel Larson via U.S. Mail


*s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
Email:  jared_westbroek@fd.org
Attorney for Mr. Larson