IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

JAN 10 2025

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA,
*Plaintiff*
v.

DANIEL LARSON,
*Defendant.*

NICHOLAS S. WERLING p/k/a Lil Sippy,
*Proposed Intervenor*

Criminal Action No. **1:24-cr-00130-RMR**

## MOTION TO UNSEAL GRAND JURY TESTIMONY

NOW COMES PROPOSED INTERVENOR NICHOLAS WERLING, professionally known as LIL SIPPY, who hereby moves this court to unseal all grand jury testimony, and transcripts thereof, in the above-captioned matter, pursuant to Fed. R. Crim. P. 6(e)(6), as there is no longer a need for these proceedings to be kept secret now that the defendant is in custody and the indictment is unsealed. Proposed Intervenor Werling is an independent journalist and Defendant Larson is a celebrity[1] and Proposed Intervenor Werling has a strong First Amendment interest in obtaining Larson's grand jury transcripts.

Dated this 4th day of January, 2025,

*[signature]*

Nicholas Werling,
    *Proposed Intervenor*

---

[1] NOT in the hospital. IYKYK. 😂

Nicholas Werling
P.O. Box 803
Sun Prairie, WI 53590-0803

MILWAUKEE WI 530
6 JAN 2025 PM 5 L

United States District court for the District of Colorado
Office of the Clerk
ATTN: Case No. 1:24-cr-00130-RMR
Alfred A. Arraj United States courthouse
901 19th street
Room A-105
Denver, Co 80294
USA

80294-250099