UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO. 24-CR-00130-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          **NOTICE OF PERMANENT APPEARANCE**

**DANIEL LARSON,**

    Defendant.
_____/

    COMES NOW, the undersigned, JEFFREY E. FEILER, ESQ., and files this appearance as counsel for the above named defendant. Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the District of Colorado.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local Rule and the Special Rules Governing the Admission and Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

Respectfully submitted,

JEFFREY E. FEILER, P.A.
Colorado. Bar No. 32834
Attorney for Defendant
7685 S.W. 104 Street, #200
Miami, Florida 33156
(305) 670-7700
ana@jeffreyfeiler.com

By: s/ Jeffrey E. Feiler
       JEFFREY E. FEILER

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve copies on all counsel of record.

s/ Jeffrey E. Feiler
JEFFREY E. FEILER