IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-CR-130 (RMR)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL LARSON,

    Defendant.

## MOTION FOR LEAVE TO RESTRICT ACCESS – LEVEL 3

Mr. Larson, through undersigned counsel, hereby requests that Docket Nos. 37 & 38 be filed under Level 3 Restriction.

Respectfully submitted, this 11th day of April 2025.

    VIRGINIA L. GRADY
    Federal Public Defender

    *s/ Jared Scott Westbroek*
    JARED SCOTT WESTBROEK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    Email:  jared_westbroek@fd.org
    Attorney for Mr. Larson

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I electronically filed the foregoing **MOTION FOR LEAVE TO RESTRICT ACCESS – LEVEL 3** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alison M. Connaughty, AUSA
Email: alison.connaughty@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Daniel Larson via U.S. Mail

*s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
Email:  jared_westbroek@fd.org
Attorney for Mr. Larson