IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-CR-130 (RMR)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL LARSON,

    Defendant.

## MOTION FOR LEAVE TO RESTRICT ACCESS – LEVEL 3

    Mr. Larson, through undersigned counsel, hereby requests that Docket Nos. 44 & 45 be filed under Level 3 Restriction.

    Respectfully submitted, this 25th day of April 2025.

                          VIRGINIA L. GRADY
                          Federal Public Defender

                          *s/ Jared Scott Westbroek*
                          JARED SCOTT WESTBROEK
                          Assistant Federal Public Defender
                          633 17th Street, Suite 1000
                          Denver, CO  80202
                          Telephone:  (303) 294-7002
                          Email:  jared_westbroek@fd.org
                          Attorney for Mr. Larson

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 25, 2025, I electronically filed the foregoing **MOTION FOR LEAVE TO RESTRICT ACCESS – LEVEL 3** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alison M. Connaughty, AUSA
Email: alison.connaughty@usdoj.gov

        *s/ Jared Scott Westbroek*
        JARED SCOTT WESTBROEK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        Email:  jared_westbroek@fd.org
        Attorney for Mr. Larson