IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL LARSON,

    Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    United States of America

DATED at Denver, Colorado this 29th day of April, 2025.

    Jasand Mock
    Name of Attorney
    United States Attorney's Office
    Firm Name
    1801 California Street, Suite 1600
    Office Address
    Denver, CO, 80202
    City, State, ZIP Code
    303-454-0100
    Telephone Number
    Jasand.Mock@usdoj.gov
    Primary CM/ECF E-mail Address

                              J. BISHOP GREWELL
                              Acting United States Attorney

By:    s/Jasand Mock
        ***Jasand Mock***
        Assistant U.S. Attorney
        1801 California Street, Ste. 1600
        Denver, CO 80202
        Telephone: 303-454-0100
        E-mail:Jasand.Mock@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

    I hereby certify that on **April 29, 2025**, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

    By: s/ *Portia Peter*
PORTIA PETER
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Portia.Peter@usdoj.gov