IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00130-RMR-1 | Date: September 18, 2025 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Jasand Mock |
| Plaintiff, | |
| v. | |
| DANIEL LARSON, | Jared Scott Westbroek |
| Defendant. | |

## COURTROOM MINUTES

**IN COURT HEARING**

**11:01 a.m.   Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody by VTC. Also present is Jeffrey Feiler.

Discussion regarding Defendant's Motion [ECF No. 63].

For the reasons stated on the record, Defendant's Motion is DENIED.

Discussion regarding the psychological report as to Defendant and oral Motion by Mr. Westbroek to conduct a second competency evaluation of Defendant.

As outlined on the record, it is

**ORDERED:**   Defendant's oral motion for a second evaluation of Defendant is GRANTED. The evaluation must be conducted by a psychiatrist designated by the Defendant. The evaluation must occur at the facility where Defendant is currently being detained. Counsel shall file a joint status report with the Court within 5 days of receipt of the report.

**ORDERED:**   Defendant's oral Motion for an Evidentiary Hearing is TAKEN UNDER ADVISEMENT.

Government counsel excused from the Courtroom.

**Sealed Proceedings – Level 3 Restriction.**

Discussion held regarding representation of Defendant.

**ORDERED:**   Mr. Feiler shall have access to all filings in this case as stated on the record.

**12:03 p.m.   Court in recess.**

Hearing concluded.
Total time in court:   1:02