IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-CR-130 (RMR)

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DANIEL LARSON,

     Defendant.

---

**DANIEL LARSON'S UNOPPOSED MOTION TO EXTEND HIS DEADLINE TO PROVIDE THE COURT WITH A SECOND PSYCHIATRIC REPORT**

---

Mr. Larson, through undersigned counsel, requests this Court extend his deadline to provide the Court with a copy of his psychiatric report, currently due October 28, 2025, for seven days – to November 4, 2025. In support, the undersigned states:

**(1)** Mr. Larson is charged with violating 18 U.S.C. § 844(e) (Counts 1–5, 7) and 18 U.S.C. § 875(c) (Count 6). Docket Entry Number ("DE") 1.

**(2)** On May 23, 2024, pursuant to 18 U.S.C. § 4241(a), the parties jointly moved for a psychological evaluation. DE 17. The Court granted the motion the same day. DE 18.

**(3)** On July 11, 2024, the Bureau of Prisons ("BOP") filed its evaluation, finding Mr. Larson incompetent to proceed. DE 22. The Court adopted that finding and, pursuant to 18 U.S.C. § 4241(d), committed him to BOP custody for restoration. DE 26.

**(4)** On May 5, 2025, the BOP sought a 120-day extension of Mr. Larson's restoration proceedings. DE 51. The parties agreed, and the Court granted the extension. DE 54.

**(5)** On August 22, 2025, the BOP requested an additional 120-day extension. DE 56. The Court directed the parties to file a joint notice of their positions. DE 57. Mr. Larson objected to the requested extension and the government supported the extension. DE 58.

**(6)** The Court held a status conference on September 18, 2025, to discuss the parties' position regarding Mr. Larson's continued treatment in the custody of the BOP. DE 64. At that hearing, the Court granted Mr. Larson's request to have his own evaluation completed in support of his position that continued hospitalization is not warranted. *Id*. The Court said it wanted the evaluation to be performed by a psychiatrist, and it wanted the report within forty days.[1]

**(7)** Those forty days appear to expire on October 28, 2025.

**(8)** Mr. Larson has engaged a psychiatrist to evaluate Mr. Larson and that evaluation has been completed. The psychiatrist, however, will not be able to provide a written report until October 31, 2025.

**(9)** As a result, the undersigned requests an additional seven days to provide the Court with a copy of the evaluation. Those seven days will allow for the completion of the report, the undersigned to review it, and for the undersigned to provide it to both the government and the Court.

**(10)** The government does not oppose the relief requested herein.

Wherefore, the undersigned respectfully requests the Court extend his deadline to provide the Court with a copy of the evaluation by seven days – to November 4, 2025.

---

[1] The Court's minute order does not reflect the requirement that Mr. Larson provide the Court with a copy of the evaluation within forty days. DE 64. Instead, it states, in relevant part, "Counsel shall file a joint status report with the Court within 5 days of receipt of the report." *Id*. at 1. In an abundance of caution, the undersigned has attempted to comply with the Court's oral order requiring the report within forty days.

Respectfully submitted, this 28th day of October 2025

VIRGINIA L. GRADY
Federal Public Defender

/s/ *Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Email: jared_westbroek@fd.org
Attorney for Mr. Larson

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I electronically filed the foregoing **DANIEL LARSON'S UNOPPOSED MOTION TO EXTEND HIS DEADLINE TO PROVIDE THE COURT WITH A SECOND PSYCHIATRIC REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Jasand Patric Mock, AUSA
Email: jasand.mock@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Daniel Larson (Via Mail)

/s/ *Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
Email:  jared_westbroek@fd.org
Attorney for Mr. Larson