IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DANIEL LARSON,

   Defendant.

---

## MOTION TO WITHDRAW
---

The United States of America, by Peter McNeilly, United States Attorney for the District of Colorado, through Jasand Mock, Assistant United States Attorney, hereby files its Motion to Withdraw Assistant United States Attorney Alison Marie Connaughty, as counsel of record and requests termination of electronic service in the above-captioned case. As grounds for this motion, the government states that Alison Marie Connaughty is no longer employed as an Assistant United States Attorney for the District of Colorado. AUSA Jasand Mock is counsel of record in this case and is receiving electronic notice.

     DATED at Denver, Colorado this 4th day of November, 2025.

                PETER MCNEILLY
                United States Attorney

By:   s/Jasand Mock
        ***Jasand Mock***
        Assistant U.S. Attorney
        1801 California Street, Ste. 1600
        Denver, CO 80202
        Telephone: 303-454-0100
        E-mail:Jasand.Mock@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2025, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                        By: s/ *Portia Peter*
                                        Portia Peter
                                        Legal Assistant
                                        U.S. Attorney's Office
                                        1801 California Street, Suite 1600
                                        Denver, CO 80202