# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Regina Rodriguez

CASE NO.   __24-cr-00130-RMR_____      DATE ____January 22, 2026_____

CASE CAPTION  _United States v. Daniel Larson_____

## FINAL WITNESS LIST

|     | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|-----|-------|-----------------------------------|-------------------|------|------|------|------|
|     |       |                                   |                   |      | Direct | Cross | Total |
| 1.  | US    | Dr. Katlyn Hanson, Psy. D.        | Defendant's competency | 1/22/2026 | 30 min. | 2 Hrs | 2.5 hrs |
| 2.  | Larson | Robert Proctor                   | Mr. Larson's Competency | 1/22/2026 | 1 Hr. | 15 min. | 1.25 hrs |
| 3.  | Larson | Greg Suarez                      | Mr. Larson's competency | 1/22/2026 | 1 Hr. | 15 min. | 1.25 hrs |
| 4.  | Larson | Dr. Mark Mills                   | Mr. Larson's Competency | 1/22/2026 | 1 Hr. | 15 min. | 1.25 hrs |
| 5.  | Larson | Mandi Doryland, LPC              | Mr. Larson's Competency | 1/22/2026 | 1 Hr. | 15 min. | 1.25 hrs |
| 6.  | Larson | Ian Thomson                      | Mr. Larson's Competency | 1/22/2026 | 1 Hr. | 15 min. | 1.25 hrs |
| 7.  | Larson | Alicia Cho, MD                   | Mr. Larson's Competency | 1/22/2026 | 1 Hr. | 15 min. | 1.25 hrs |
| 8.  | Larson | Jodie Marquez                    | Mr. Larson's Competency | 1/22/2026 | 1 Hr. | 15 min. | 1.25 hrs |
| 9.  | Larson | Tiffany Montano, LCSW            | Mr. Larson's Competency | 1/22/2026 | 1 Hr. | 15 min. | 1.25 hrs |
| 10. |       |                                   |                   |      |      |      |      |
| 11. |       |                                   |                   |      |      |      |      |
| 12. |       |                                   |                   |      |      |      |      |