IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DANIEL LARSON

     Defendant.

---

**GOVERNMENT'S EXHIBIT LIST FOR JANUARY 22, 2026 HEARING**

---

Pursuant to the Court's Order of January 14, 2026 (ECF No. 94), the United States hereby files the following list of the government's exhibits for the upcoming January 22, 2026 evidentiary hearing:

| GOVERNMENT'S EXHIBIT LIST *United States* v. *Daniel Larson*, 24-cr-00130-RMR | | | | | |
|---|---|---|---|---|---|
| Ex. | Description | Stipulated | Admitted | Excluded | Notes/Objection |
| 1 | Letter from John Lynn (Dec. 22, 2025) | | | | |
| 2 | Certificate of Competency (Dec. 22, 2025) | | | | |
| 3 | Dr. Hanson's Forensic Psychological Report (Dec. 22, 2025) | | | | |
| 4 | Curriculum Vitae of Dr. Hanson | | | | |
| 5 | Dr. Mills' Report (Oct. 31, 2025) | | | | |

Respectfully submitted this 16th day of January, 2026.

PETER MCNEILLY
United States Attorney

s/Jasand Mock
**Jasand Mock**
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Tel: (303) 454-0100
Fax: (303) 454-0409
Email: Jasand.Mock@usdoj.gov
Attorney for the Government