IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00130-RMR | Date: January 22, 2026 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Jessica Anderson |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| UNITED STATES OF AMERICA, | Jasand Mock |
|   Plaintiff, | |
| v. | |
| DANIEL LARSON, | Jared Scott Westbroek |
|   Defendant. | |

## COURTROOM MINUTES

**COMPETENCY HEARING**

**11:13 a.m.**   Court in session.

Court calls case. Appearances of counsel. Defendant present in custody. Also present is Jeffrey Feiler.

Preliminary remarks and background case information by the Court.

**Government's exhibits 1, 2, 3, and 5 are admitted.**

**Defendant's exhibits A-E are admitted.**

Discussion regarding Defendant's oral motion to close the hearing to non-essential parties.

**ORDERED:**  Witnesses shall be sequestered with the exception of expert witnesses.

**ORDERED:**  Defendant's oral Motion to close the Courtroom is DENIED.

11:26 a.m.   Government's opening statement by Mr. Mock.

Government's witness, Dr. Katlyn Hanson, sworn.

11:30 a.m.   Direct examination of Dr. Hanson by Mr. Mock.

11:59 a.m.   Cross-examination of Dr. Hanson by Mr. Westbroek.

**12:40 p.m.   Court in recess.**
**1:22 p.m.    Court in session.**

1:22 p.m.    Continued cross-examination of Dr. Hanson by Mr. Westbroek.

**3:31 p.m.    Court in recess.**
**4:02 p.m.    Court in session.**

Discussion regarding timing.

4:03 p.m.    Continued cross-examination of Dr. Hanson by Mr. Westbroek.

Questions for Dr. Hanson by the Court.

4:20 p.m.    Additional cross-examination of Dr. Hanson by Mr. Westbroek.

Discussion regarding representation of Defendant.

The Court finds that it is appropriate for Mr. Westbroek to continue as counsel for the Defendant at this time.

Discussion regarding timing and remaining witnesses.

**ORDERED:**   This matter is continued to **February 3, 2026 at 9:00 a.m.** in Courtroom A901 before Judge Regina M. Rodriguez

**4:36 p.m.   Court in recess.**

Hearing concluded.
Total time in court:   4:10