IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL LARSON

    Defendants.

## JOINT NOTICE OF SPEEDY TRIAL CALCULATION

Pursuant to the Court's Order of February 3, 2026 (ECF No. 117), the parties have conferred and respectfully submit this joint notice setting forth their agreement that there are presently 57 days remaining on the Speedy Trial Act clock in this case.

Dated February 9, 2026.

Respectfully submitted,

| | |
|---|---|
| VIRGINIA L. GRADY<br>Federal Public Defender | PETER MCNEILLY<br>United States Attorney |
| s/ Jared Scott Westbroek<br>**Jared Scott Westbroek**<br>Assistant Federal Public Defender<br>633 17th Street, Suite 1000<br>Denver, Colorado 80202<br>Telephone: (303) 294-7002<br>Fax: (303) 294-1192<br>Email: jared_westbroek@fd.org<br>Attorney for Mr. Larson | s/ Jasand Mock<br>**Jasand Mock**<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Tel: (303) 454-0100<br>Fax: (303) 454-0409<br>Email: Jasand.Mock@usdoj.gov<br>Attorney for the Government |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                              s/ Jasand Mock
                              ***Jasand Mock***
                              Assistant U.S. Attorney
                              United States Attorney's Office
                              1801 California Street, Suite 1600
                              Denver, CO 80202