**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DANIEL LARSON

     Defendant.

---

**GOVERNMENT'S MOTION TO DECREASE OFFENSE LEVEL PURSUANT TO
UNITED STATES SENTENCING GUIDELINES SECTION 3E1.1**

---

The United States of America, by and through undersigned counsel, and in accordance with the Plea Agreement in this matter (ECF No. 135), hereby moves, pursuant to the provisions of United States Sentencing Guidelines section 3E1.1(a) and (b), that the defendant receive a 3-level reduction to the offense level on the grounds that: (i) the defendant has demonstrated acceptance of responsibility; and (ii) the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Dated: July 7, 2026

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By: s/Jasand Mock
**Jasand Mock**
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, Colorado 80202
Telephone: 303-454-0100
E-mail: jasand.mock@usdoj.gov

*Attorney for the Government*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 7th day of July 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

<u>s/ Jasand Mock</u>
***Jasand Mock***
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, Colorado 80202
Telephone: 303-454-0100