**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL LARSON

      Defendant.

---

### GOVERNMENT'S MOTION TO DISMISS COUNTS

---

The United States of America, by and through undersigned counsel, and in accordance with the Plea Agreement in this matter (ECF No. 135), hereby files the Government's Motion to Dismiss Counts 1, 2, 3, 4, 5, and 7 of the Indictment (ECF No. 1). As grounds therefore, the government respectfully states as follows:

The defendant is scheduled for sentencing on July 21, 2026, having entered a plea of guilty to Count 6 of the Indictment, pursuant to terms in the written Plea Agreement. *See* ECF Nos. 134, 135, 136.

The government respectfully requests that the Court grant this Motion to Dismiss Counts 1, 2, 3, 4, 5, and 7 of the Indictment immediately following the imposition of sentence and entry of judgment of conviction in this case. This request is in accordance with the negotiated terms of the Plea Agreement.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of Counts 1, 2, 3, 4, 5, and 7 of the Indictment at the time of sentencing in the above-captioned matter.

Dated: July 7, 2026

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By: s/Jasand Mock
*Jasand Mock*
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, Colorado 80202
Telephone: 303-454-0100
E-mail: jasand.mock@usdoj.gov

*Attorney for the Government*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

s/ Jasand Mock
**Jasand Mock**
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, Colorado 80202
Telephone: 303-454-0100