UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  24-CR-00130-RMR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DANIEL LARSON,

     Defendant.

_____/

## MOTION TO RESTRICT DOCUMENT

COMES NOW, Daniel Larson, by and through undersigned counsel and respectfully requests that document No. 142 be filed under Level 3 Restriction.

Respectfully submitted,

JEFFREY E. FEILER, P.A.
Colorado. Bar No.  32834
Florida Bar No.  347604
Attorney for Defendant
7685 S.W. 104 Street, Ste 200
Miami, Florida 33156
(305) 670-7700


By: s/ Jeffrey E. Feiler_____
     JEFFREY E. FEILER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Jeffrey E. Feiler_____
JEFFREY E. FEILER