IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DANIEL LARSON

     Defendant

---

**UNOPPOSED MOTION TO RESTRICT DOCUMENTS (ECF Nos. 145 & 147)**

---

The United States of America, by and through Peter McNeilly, United States Attorney for the District of Colorado, and Jasand Mock, Assistant United States Attorney, respectfully moves to restrict the document filed at ECF No. 145 and the brief filed in support of this motion at ECF No. 147, for the reasons stated in the brief filed in support of this motion.

The United States requests a "Level 1" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 1" restriction would limit access to the parties and the Court only.

The undersigned conferred with defense counsel, Jeffrey Feiler, who responded that Mr. Larson does not object to the government's request to restrict these documents.

Dated July 20, 2026.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By:   s/ Jasand Mock
      *Jasand Mock*
      Assistant U.S. Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, CO 80202
      (303) 454-0100
      Fax: (303) 454-0409
      Email: Jasand.Mock@usdoj.gov
      Attorney for the Government

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of July, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

s/ Jasand Mock

**Jasand Mock**
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, Colorado 80202
Telephone: 303-454-0100