IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Criminal Action No.: -RMR                    Date: July 21, 2026

Courtroom Deputy: Kally Myhaver            Court Reporter: Jessica Anderson

Probation Officer: Chris Woodiel

_Parties:_                                        _Counsel:_

UNITED STATES OF AMERICA,                    Jasand Mock

   Plaintiff,

v.

1. DANIEL LARSON,                             Jeffrey Feiler

   Defendant.

**COURTROOM MINUTES**

**SENTENCING**

**1:02 p.m.    Court in session.**

Court calls case. Appearances of counsel.  Defendant present in custody.

Defendant sworn.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Discussion and argument regarding pending motions and sentencing recommendation.

Court states its findings of fact and conclusions of law.

**ORDERED:**  The Plea Agreement is accepted.

**ORDERED:**  Government's Motion for Decrease for Acceptance of Responsibility [ECF No. 140] is GRANTED.

**ORDERED:**   Government's Motion to Dismiss Counts 1, 2, 3, 4, 5, and 7 [ECF No. 141] is GRANTED.

**ORDERED:**   Defendant's Motion [ECF No. 142] is GRANTED.

**ORDERED:**   Defendant shall be sentenced to a term of time served. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 2 years

**ORDERED:**   Conditions of Supervised Release, as stated on record.

**ORDERED:**   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:**   Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:**   Defendant is remanded to the custody of the U.S. Marshal pending release.

Defendant advised of right to appeal.

**1:33 p.m.      Court in recess.**

Hearing concluded.
Total time in court:    00:31