# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Regina M. Rodriguez

Criminal Case No. 24-cr-00130-RMR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DANIEL LARSON,

     Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the sentencing hearing held before the Honorable Regina M. Rodriguez, United States District Judge, on July 21, 2026, it is hereby

ORDERED that the Defendant, Daniel Larson, is sentenced to **TIME SERVED.**

DATED:  July 21, 2026.

BY THE COURT:

_____

REGINA M. RODRIGUEZ
United States District Judge