**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 24-cr-00130-RMR-01

UNITED STATES OF AMERICA,

Plaintiff,
v.

Daniel LARSON,

Defendant.

---

**ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION**

---

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

HAVING considered the probation officer's petition, the Court:

ORDERS the defendant's terms of supervision be modified to include the following special condition(s):

1. Your use of computers and internet capable devices will be limited to those you request to use and which the probation officer authorizes. The probation officer may not prohibit lawful internet use except to impose restrictions on the types of computers or internet capable devices that you may use, to provide necessary restrictions to facilitate correctional treatment and rehabilitation, and to protect the public from any further crimes. Authorization for use of any computer or internet capable device shall be based on the ability of the computer device to be effectively monitored by monitoring software utilized by the Probation Office. You must disclose any username or identification(s) and password(s) for all computers or internet capable devices to the probation officer.

FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

DATED at Denver, Colorado, this 18th day of November, 2026.

BY THE COURT:

Regina M. Rodriguez
Chief United States District Judge